**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Ivan Jay Linebarger, | ) | No. CV 07-0496-PHX-SMM (JCG) |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Herb Hailey, | ) | |
| Defendant. | ) | |

Pending before the Court is Defendants' Motion for Summary Judgment (Doc. 32), which is now ready for the Court's consideration. Accordingly,

**IT IS HEREBY ORDERED** withdrawing the reference to the Magistrate Judge as to Defendants' Motion for Summary Judgment (Doc. 32). All other matters shall remain with the Magistrate Judge for disposition as appropriate.

DATED this 15th day of July, 2008.

Stephen M. McNamee
United States District Judge